# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CORNELL NARBERTH, LLC, | : | No. 538 MAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| BOROUGH OF NARBERTH, | : | |
| MONTGOMERY COUNTY, | : | |
| PENNSYLVANIA AND YERKES | : | |
| ASSOCIATES, INC., C. O'BRIEN | : | |
| ARCHITECTS, INC. AND CHERYL A. | : | |
| O'BRIEN, | : | |
| | : | |
| Respondents | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.